# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **DOUGLAS MCGUFFEY #2043256** | § | |
| | § | |
| **V.** | § | **W-17-CA-297-ADA** |
| | § | |
| **DAVID BLACKWELL, et al.** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which granted Defendant's Motion for Summary Judgment, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on June 19, 2020

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE